UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL S. GREENBERG, | ) |
| Plaintiff, | ) ) |
| | ) No. 3:22-cv-00325 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| HERBERT SLATERY, et al., | ) |
| Defendants. | ) ) |

## ORDER

After several Orders of the Court, Plaintiff Daniel S. Greenberg filed an unsigned Amended Complaint. (Doc. No. 14). A pro se adult litigant, however, must personally sign any complaint. Fed. R. Civ. Proc. 11(a); *People of Ta'Al Amooruc Republic v. All Foreign Agents & Agencies of U.S. Corp. Co.*, No. 3:18-cv-01208, 2018 WL 5983002, at *3 (M.D. Tenn. Nov. 14, 2018). Accordingly, Plaintiff **MUST** sign and return the Amended Complaint to the Clerk of Court within **30 DAYS** of the date this Order is entered on the docket. If Plaintiff fails to submit a personally-signed Amended Complaint or request an extension by the deadline, the Court will proceed with initial review of the existing Complaint. The Clerk **SHALL** mail Plaintiff a copy of the Amended Complaint (Doc. No. 14).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE